IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>        Plaintiff,                         )<br>                                                   )<br>    vs.                                         )<br>                                                   )<br>JUAN CARLOS PALLARES-MORA, )<br>                                                   )<br>        Defendant.                      )<br>_____) | No. 1:12-CR-00215 LJO<br><br>ORDER OF RELEASE |

The above named defendant having been sentenced on July 23, 2012, to a period of less than time already served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.  This Order in no way addresses any potential or existing Immigration or Deportation issues.

IT IS SO ORDERED.

**Dated:   July 23, 2012**                          **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

1